

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-25-00679-CR

Daniel **REYES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CR-4965
Honorable Christine Del Prado, Judge Presiding

PER CURIAM

Sitting:     Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice
               H. Todd McCray, Justice

Delivered and Filed: January 7, 2026

DISMISSED FOR LACK OF JURISDICTION

Appellant seeks to appeal the trial court's August 11, 2025 judgment adjudicating him guilty. Because a motion for new trial was not filed, the notice of appeal was due to be filed on September 10, 2025. TEX. R. APP. P. 26.2(a)(1). Or the notice of appeal along with a motion for extension of time to file the notice of appeal was due on September 25, 2025. TEX. R. APP. P. 26.3. The record reflects appellant did not file his notice of appeal until October 17, 2025, and appellant did not file a motion for extension of time to file his notice of appeal.

"A timely notice of appeal is necessary to invoke the jurisdiction of this Court." *Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014). Because appellant did not timely file a notice of appeal, it appears that we lack jurisdiction over this appeal.

We therefore ordered appellant to show cause on or before December 1, 2025 why this appeal should not be dismissed for lack of jurisdiction based on his untimely notice of appeal. We admonished appellant that if he failed to satisfactorily respond to this order within the time provided, his appeal would be dismissed. Appellant has not filed a response.

Accordingly, this appeal is dismissed.

PER CURIAM